UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SHIRE LLC.

    Plaintiffs,

v.

TEVA PHARMACEUTICAL INDUSTRIES,
LTD. AND TEVA PHARMACEUTICALS USA,
INC.

    Defendants.
-------------------------------------------------------x

JUDGE CEDARBAUM

07 CV 3526

Case No.

RULE 7.1 STATEMENT

RECEIVED MAY 02 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formally Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Shire LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Shire plc.

FROMMER LAWRENCE & HAUG LLP

By: _____
    Edgar H. Haug (EH 6243)
    Sandra Kuzmich (SK 5484)
    Chiemi D. Suzuki (CS 4112)
    745 Fifth Avenue
    New York, New York 10151
    Telephone: (212) 588-0800
    Facsimile: (212) 588-0500

Attorneys for Plaintiff
Shire Laboratories Inc.

Dated: May 2, 2007