AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__Southern__ DISTRICT OF __New York__

SHIRE LLC.

**SUMMONS IN A CIVIL CASE**

V.

TEVA PHARMACEUTICAL INDUSTRIES, LTD.
AND TEVA PHARMACEUTICALS USA, INC.

CASE NUMBER: 07 CV 3526

JUDGE CEDARBAUM

TO: (Name and address of defendant)

Teva Pharmaceuticals USA, Inc.
1090 Horsham Road
North Wales, Pennsylvania 19454-1090

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edgar H. Haug, Esq.
Sandra Kuzmich, Esq.
Frommer Lawrence & Haug LLP.
745 Fifth Avenue
New York, NY 10151

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_[signature]_

(BY) DEPUTY CLERK

MAY 0 2 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | August 24, 2007 at 2:43 p.m. |
| NAME OF SERVER (PRINT)<br>Daniel Newcomb | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Teva Pharmaceuticals USA, Inc., was effectuated by personally serving Jennifer Toscana, Managing Agent duly authorized to accept service. Service was made at Corporate Creations Network, Inc., 1308 Delaware Avenue, Wilmington, DE 19806.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/24/07
               Date

Signature of Server
Delaware Attorney Services
2000 Pennsylvania Avenue, Suite 207

Address of Server
Wilmington, DE  19806   (302) 429-0657

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.