**FROMMER LAWRENCE & HAUG** LLP

New York
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500

www.flhlaw.com

Washington, DC
Tokyo

August 30, 2007

**Porter F. Fleming**
PFleming@flhlaw.com

**BY HAND**

Clerk of Court
United States District Court
Southern District of New York
Office of the Clerk of Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Shire LLC v. Teva Pharmaceutical Industries Ltd. and*
      *Teva Pharmaceuticals USA, Inc.; 07-Civ.-3526 (MGC)*

Dear Sir/Madam:

We represent plaintiff Shire LLC ("Shire") in the above-captioned action. On August 24, 2007, Shire served the summons, complaint and amended complaint on Jordan Sigale, of Loeb and Loeb, attorneys for Teva Pharmaceuticals Industries, Ltd. The attached letter from Adam Kelly acknowledges Loeb and Loeb's acceptance of service of the summons, complaint and amended complaint on behalf of their client Teva Pharmaceuticals Industries, Ltd.

We, therefore, enclosed for filing the following documents:

1. Original raised-seal summons for Teva Pharmaceutical Industries Ltd.;

2. Letter from Adam Kelly of Loeb and Loeb accepting service of the summons, complaint and amended complaint on behalf of Teva Pharmaceuticals Industries, Ltd.;

3. Letter from Porter F. Fleming acknowledging Loeb and Loeb's acceptance of service dated August 30, 2007;

4. Receipt from ECF filing.

Respectfully submitted,

*Porter F. Fleming*

Porter F. Fleming
PFF:cd
cc: Adam Kelly, Loeb & Loeb
Enclosures

# United States District Court

__Southern__ DISTRICT OF __New York__

SHIRE LLC

**SUMMONS IN A CIVIL CASE**

V.

TEVA PHARMACEUTICAL INDUSTRIES, LTD.
AND TEVA PHARMACEUTICALS USA, INC.

CASE NUMBER:

**07 CV 3526**

**JUDGE CEDARBAUM**

TO: (Name and address of defendant)

Teva Pharmaceutical Industries, Ltd.
5 Basel Street, Petah Tiqvah, Israel

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edgar H. Haug, Esq.
Sandra Kuzmich, Esq.
Frommer Lawrence & Haug LLP.
745 Fifth Avenue
New York, NY 10151

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*[signature: Marcos Quintero]*

(BY) DEPUTY CLERK

MAY 0 2 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Served by agreement of counsel, see August 29, 2007 & August 30, 2007 letters (attached)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/30/2007
                    Date

*Signature of Server*

FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, NYC, NY 10151
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



ADAM KELLY
Loeb & Loeb LLP

321 North Clark Street
Suite 2300
Chicago, IL 60610-4746

Direct 312.464.3138
Main  312.464.3100
Fax   312.464.3111
akelly@loeb.com

August 29, 2007

Mr. Porter F. Fleming
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

Re: *Shire LLC v. Teva Pharmaceutical Industries Ltd. And Teva Pharmaceuticals USA, Inc.*; 07-Civ.-3526 (MGC)

Dear Porter:

I am writing to respond to your letter to Jordan Sigale, dated August 24, 2007.

On behalf of Teva Pharmaceutical Industries Ltd ("Teva Israel"), we are authorized to accept service of the summons, original Complaint, and Amended Complaint in the above referenced action, but our authorization is expressly limited to this particular action. Our acceptance of service does not extend to any other present or future litigation involving Teva Israel. In addition, our acceptance of service does not constitute a waiver of Teva Israel's right to contest personal jurisdiction, subject matter jurisdiction or venue, and does not serve as an admission that any of these requirements are properly satisfied.

Very truly yours,

Adam Kelly
Loeb & Loeb LLP

AK:rms

Los Angeles   New York   Chicago   Nashville

A limited liability partnership including professional corporations

**FL+H** FROMMER LAWRENCE & HAUG LLP

New York
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500

www.flhlaw.com

Washington, DC
Tokyo

August 30, 2007

**Porter F. Fleming**
PFleming@flhlaw.com

**Via Facsimile**

Mr. Adam Kelly
Loeb & Loeb
321 North Clark Street
Suite 2300
Chicago, IL 60610-4746

Re:   *Shire LLC v. Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*; 07-Civ.-3526 (MGC)

Dear Adam:

We are in receipt of your August 29, 2007 letter.

Thank you for agreeing to accept service of process on behalf of Teva Pharmaceutical Industries Ltd. (Teva Israel) for the summons, complaint and amended complaint. We also acknowledge your request that this acceptance of service is limited to the above matter.

Very truly yours,

*Porter F. Fleming*

Porter F. Fleming
PFF:cd