UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIRE LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTIICALS USA, INC., <br><br> Defendant. | : <br> : <br> : 07 Civ. 3526 (MGC) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## STATEMENT OF TEVA PHARMACEUTICALS USA, INC. PURSUANT TO FEDERAL RULE 7.1(a)

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Teva Pharmaceuticals USA, Inc. hereby discloses that Teva Pharmaceuticals USA, Inc. is an indirect, wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd., which is a publicly traded company.

Dated: New York, New York
       September 13, 2007

_____
William J. Manning, Jr. (WM-3791)
LOEB & LOEB LLP
345 Park Avenue
New York, New York  10154
(212) 407-4000
wmanning@loeb.com

*Attorneys for Defendant,*
*Teva Pharmaceuticals USA, Inc.*

1