UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIRE LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.<br>and TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　　Defendants. | Civil Action No.<br>07 Civ. ~~5326~~ (MGC)<br>　　　3526<br><br>**JOINT STIPULATION<br>AND ORDER FOR<br>EXTENSION OF TIME** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Shire LLC ("Shire") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva USA"), by and through the undersigned counsel, subject to the Court's approval, the date for Shire's Reply to Teva USA's Answer, Affirmative Defenses and Counterclaims is hereby extended two (2) weeks, from October 3, 2007 to October 17, 2007. There is currently no Scheduling Order in this action. Accordingly, no other dates will be affected by this extension.

Dated: October 2, 2007

By: _____
Edgar H. Haug (EH 6243)
Porter F. Fleming (PF 1510)
Sandra Kuzmich (SK 5484)
Chiemi Suzuki (CS 4112)
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Attorneys for Plaintiff,
Shire LLC

By: _____
William J. Manning, Jr. (WM 3791)
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154
(212) 407-4000

Attorney for Defendants,
Teva Pharmaceutical Industries Ltd. and
　Teva Pharmaceuticals USA, Inc.

SO ORDERED:

_____
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

00486476.DOC