William J. Manning, Jr. (WM-3791)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
212-407-4000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                     :
SHIRE LLC,                                   :

            Plaintiff,           :      07 Civ. 3526 (MGC)

      -against-                                   **NOTICE OF MOTION**

                                                     :
TEVA PHARMACEUTICAL INDUSTRIES
LTD. and TEVA PHARMACEUTICALS     :
USA, INC.
                                                     :
            Defendants.
                                                      :
------------------------------------------------------------- X

        PLEASE TAKE NOTICE, upon the accompanying declaration of William Manning, Jr., dated October 5, 2007, and proposed Order, defendants, by their counsel, Loeb & Loeb LLP, will move this court, before the Honorable Miriam G. Cedarbaum on November 1, 2007, as soon as counsel may be heard, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of the Southern and Eastern Districts of New York admitting Edward H. Rice to the bar

NY680002.1
210829-10001

of this Court pro hac vice.

Dated:   New York, New York
         October 5, 2007

                                              LOEB & LOEB LLP

                                              By: _____
                                              William J. Manning, Jr. (WM-3971)
                                              345 Park Avenue
                                              New York, New York 10154-1895
                                              212-407-4000

                                              Attorneys for Defendants

William J. Manning, Jr. (WM-3791)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
212-407-4000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
SHIRE LLC,                                                   :
                                                             :
                    Plaintiff,                               :   07 Civ. 3526 (MGC)
                                                             :
         -against-                                           :   **DECLARATION OF**
                                                             :   **WILLIAM MANNING, JR.**
                                                             :
TEVA PHARMACEUTICAL INDUSTRIES                               :
LTD. And TEVA PHARMACEUTICALS                                :
USA, INC.                                                    :
                                                             :
                    Defendant.                               :
------------------------------------------------------------ X

    WILLIAM J. MANNING, JR., declares as follows under penalty of perjury:

    1.  I am an attorney duly admitted to practice to the bar of this Court and senior counsel with law firm Loeb & Loeb LLP, attorneys for defendants in this action.

    2.  I make this declaration in support of defendant's motion for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of the Southern and Eastern Districts of New York admitting Edward H. Rice to the bar of this Court pro hac vice.

    3.  Mr. Rice is a member of the firm Loeb & Loeb in Chicago, Illinois.

    4.  Mr. Rice is a member in good standing of the bar of the State of Illinois and the United States District Court for the Northern District of Illinois. A Certificate of Good Standing, issued by the Supreme Court of Illinois, is attached hereto as Exhibit A.

5.  Mr. Rice is fully familiar with the facts and issues in this case and will be involved in all aspects of the case, including, discovery, motion practice and trial.

WHEREFORE, it is respectfully requested that defendants' motion be granted and that Edward H. Rice be admitted to the bar of this Court pro hac vice.

Dated: New York, New York
       October 5, 2007

*/s/ William Manning, Jr.*
William Manning, Jr.

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Edward H. Rice

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1988 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, September 21, 2007.

*Juleann Hornyak*

Clerk

Edward H. Rice is currently registered as an inactive attorney pursuant to Supreme Court Rule 756(a)(5), and "shall no longer be eligible to practice law" or hold himself out as being authorized to practice law in Illinois.

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )   SS.
COUNTY OF NEW YORK  )

TIMOTHY B. CUMMINS, being duly sworn, deposes and says:

1. I am not a party to this action and am over 18 years of age.

2. On October 5, 2007, I served a true copy of the foregoing Notice of Motion and the accompanying proposed order by Federal Express to the below listed party:

> Edgar H. Huag, Esq.
> Frommer Lawrence & Haug LLP
> 745 Fifth Avenue
> New York, New York 10151
> Attorneys for Plaintiff

Timothy B. Cummins

Sworn to before me this
5th Day of October, 2007

Notary Public

ANTOINETTE PEPPER
Notary Public, State of New York
No. 01PE4973633
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires January 7, 2011

NY680309.1
210829-10006