UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------- X

:

SHIRE LLC,

:  07 Civ. 3526 (MGC)

Plaintiff,

:

-against-

:  **ORDER FOR ADMISSION**
   **PRO HAC VICE**
:  **ON WRITTEN MOTION**

TEVA PHARMACEUTICAL INDUSTRIES
LTD. And TEVA PHARMACEUTICALS      :
USA, INC.

:

Defendants.

----------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12 4 07
```

Upon the motion of William J. Manning, Jr., attorney for defendants and said

sponsor's attorneys' declaration in support:

IT IS HEREBY ORDERED THAT

| | |
|---|---|
| Applicant's Name: | Edward H. Rice |
| Firm Name: | Loeb & Loeb LLP |
| Address: | 321 North Clark Street |
| City/State/Zip: | Chicago, Illinois 60610 |
| Telephone/Fax: | (312) 464-3100/(312) 464-3111 |
| Email Address: | erice@loeb.com |

is admitted to practice pro hac vice as counsel for defendants in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.   Counsel shall

forward the pro hac vice fee to the Clerk of the Court.

Dated: December 3, 2007
New York, New York

_____
United States District Judge