UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

SHIRE LLC,

    Plaintiff,

v.

TEVA PHARMACEUTICAL
INDUSTRIES LTD. and TEVA
PHARMACEUTIICALS USA, INC.,

    Defendant.

07 Civ. 3526 (MGC)

**MEMO ENDORSED**

RETURN DATE:
Nov. 29, 2007 at 9:00 a.m.

## TEVA USA'S VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

Under Rule 41(c) of the Federal Rules of Civil Procedure, Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA"), through its undersigned attorneys, voluntarily moves to dismiss without prejudice Counterclaim II, which is a claim for Declaration of Non-Infringement of U.S. Patent No. 5,192,013 ("the '013 patent"). Teva USA bases this motion for voluntary dismissal upon the representations that Plaintiff Shire LLC ("Shire") has made to Teva USA, in which Shire covenants not to sue Teva USA on the '013 patent. *See* Attachment A, Covenant-Not-Sue, dated November 6, 2007

Dated: New York, New York
       November 6, 2007

*Unopposed motion granted;*
*So ordered.*

*[signature]*
*United States District Judge*
*December 3, 2007*

LOEB & LOEB LLP

By: _____
William J. Manning, Jr. (WM-2791)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154

*Attorneys for Defendant,*
*Teva Pharmaceuticals USA, Inc.*

CH37877.1