UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
SHIRE LLC,
:                                        07 Civ. 3526 (MGC)
        Plaintiff,
:                                        **ORDER FOR ADMISSION**
   -against-                                **PRO HAC VICE**
:                                        **ON WRITTEN MOTION**
TEVA PHARMACEUTICAL INDUSTRIES
LTD. And TEVA PHARMACEUTICALS          :
USA, INC.
      :
        Defendants.
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/08

Upon the motion of William J. Manning, Jr., attorney for defendants and said sponsor's attorneys' declaration in support:

IT IS HEREBY ORDERED THAT

| | |
|---|---|
| Applicant's Name: | Jordan A. Sigale |
| Firm Name: | Loeb & Loeb LLP |
| Address: | 321 North Clark Street |
| City/State/Zip: | Chicago, Illinois 60610 |
| Telephone/Fax: | (312) 464-3100/(312) 464-3111 |
| Email Address: | jsigale@loeb.com |

is admitted to practice pro hac vice as counsel for defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System,

NY716177.1
210829-10001

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: ~~May~~ June 19, 2008
New York, New York

s/ _____
United States District Judge